1
2
3
4
5
6
7
8                     **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| 11 | UNITED STATES OF AMERICA, | No. 3:24-po-0116-DMC-1 |
|----|---------------------------|------------------------|
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | VAL H. DeMARS, | |
| 15 | Defendant. | |

| 16 | | |
|----|---------------------------|------------------------|
| 17 | UNITED STATES OF AMERICA, | No. 3:24-po-0117-DMC-1 |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | VAL H. DeMARS, | |
| 21 | Defendant. | |

| 22 | UNITED STATES OF AMERICA, | No. 3:24-po-0220-DMC-1 |
|----|---------------------------|------------------------|
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VAL H. DeMARS, | |
| 26 | Defendant. | |
| 27 | | |

28

1

ORDER

The parties have informed the Court that they have reached an agreement for resolution of the three captioned matters. The parties stipulate to vacate the bench trials set in these cases for June 27, 2025, and to re-set the matters for a status conference on February 27, 2026, at 11:00 a.m. before the undersigned. Pursuant to the parties' stipulation and good cause appearing therefor, the bench trials set for June 27, 2025, are vacated and these matters are re-set for a status conference on February 27, 2026, at 11:00 a.m. Counsel may appear via Zoom. The Court will provide connection information separately. Defendant's personal appearance is waived if collateral has been paid in full through the Central Violations Bureau on or before February 27, 2026.

**IT IS SO ORDERED.**

Dated:  May 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2